# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5073**  **September Term, 2023**

1:22-mc-00128-BAH

**Filed On: June 18, 2024** [2060562]

In re: Press Application for Access to
Judicial Records and Proceedings Ancillary
to Certain Grand Jury Proceedings
Concerning Donald J. Trump and the
Trump Organization,

------------------------------

Bloomberg L.P., et al.,

     Appellants

CBS Broadcasting, Inc., et al.,

     Appellees

  v.

United States of America,

     Appellee

## M A N D A T E

In accordance with the judgment of April 23, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

              BY:    /s/
                        Daniel J. Reidy
                        Deputy Clerk

Link to the judgment filed April 23, 2024